Rufus R. RAND, Jr., Petitioner, v. Guy T. HELVERING, Commissioner, etc.

No. 10224.

Circuit Court of Appeals, Eighth Circuit.

Jan. 3, 1936.

For former opinion, see 79 F.(2d) 24.

Leland W. Scott, J. B. Faegre, Hayner N. Larson, and Robert Driscoll, all of Minneapolis, Minn., for petitioner.

Frank J. Wideman, Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and Robert H. Jackson, Asst. Gen. Counsel,

Bureau of Internal Revenue, of Washington, D. C., for respondent.

PER CURIAM.

Decree of this court of August 19, 1935, vacated, and in accordance with mandate and opinion of Supreme Court (56 S.Ct. 54, 80 L.Ed. ——), the redetermination of Board of Tax Appeals is reversed and cause remanded to U. S. Board of Tax Appeals.